# In the United States Court of Federal Claims

No. 12-85
Filed: December 4, 2015

```
*****************************************
                                         *
                                         *
ADVANCED AEROSPACE                       *
TECHNOLOGIES, INC.,                      *
                                         *
        Plaintiff,                       *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
        Defendant,                       *
                                         *
and                                      *
                                         *
THE BOEING COMPANY,                      *
                                         *
and                                      *
                                         *
INSITU, INC.,                            *
                                         *
        Third-Party Defendants.          *
                                         *
                                         *
                                         *
*****************************************
```

**SCHEDULING ORDER**

On December 4, 2015, the court held a telephone status conference. Pursuant to the telephone status conference, the following deadlines will govern:

February 1, 2016    The Government and Defendant-Intervenor will submit an invalidity chart and non-infringement contentions.

February 12, 2016    The court will hold a status conference via telephone at 2:00pm EST.

| | |
|---|---|
| April 18, 2016 | The court will hold a trial on infringement. |
| June 13, 2016 | The court will hold a trial on damages. |

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**
